

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Daniel Anders, Appellant

No. 06-12-00207-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 23599). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to strike the $775.00 in attorney's fees in the assessed court costs. As modified, the judgment of the trial court is affirmed.

We further order that each party shall bear its own costs of appeal.

RENDERED JULY 25, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk